1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker | Case No.  CV 19-05452-AB (AGRx) |
|     Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Blackjack Clothing, Inc et al | |
|     Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **10 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 9, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE